1  Jonathan A. Dessaules, State Bar No. 019439
   DESSAULES LAW GROUP
2  2700 North Central Avenue, Suite 1250
   Phoenix, Arizona 85004
3  602.274.5400
   jdessaules@dessauleslaw.com
4
   *Attorneys for Defendant Experian Information*
5  *Solutions, Inc.*

6

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

| 9  | SCOTT C. SWENKA, an individual | Case No. _____ |
|----|---|---|
| 10 | Plaintiff, | (Hassayampa Justice Court, Maricopa County, State of Arizona Case No. CC2011-131132) |
| 11 | v. | |
| 12 | PROVIDENT FUNDING GROUP, INC., a California Foreign Limited Partnership, *et al*. | NOTICE OF REMOVAL OF ACTION |
| 13 | | Complaint Filed: July 5, 2011 |
| 14 | Defendants. | |

17       Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc.,
18  erroneously sued as ("Experian") hereby files their Notice of Removal of the above-
19  captioned action to this Court, and state as follows:
20       1.     Experian is a named defendant in Civil Action No. CC2011-131132, filed in
21  the Hassayampa Justice Court, Maricopa County, State of Arizona (the "State Court
22  Action").
23       2.     The original Complaint in the State Court Action was filed with the Clerk of
24  the Maricopa County Superior Court on July 5, 2011.  Plaintiff served the Summons and
25  Complaint on Experian on July 6, 2011.  A true and correct copy of the Summons and
26  Complaint served upon Experian is attached hereto as Exhibit "A."

27
28

IRI-23479v1
Swenka-USDC Dist of AZ Notice of Removal       1

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. To the best of Experian's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5. Experian regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6. Experian avers that there is a sufficient basis for removal on grounds of federal question in that Plaintiff has filed a civil action founded on a claim or right arising under the laws of the United States:

    a. In paragraphs six and fifteen of Plaintiff's Complaint, he alleges that Experian violated the Fair Credit Reporting Act.

    b. The Fair Credit Reporting Act provides that "any action brought under this chapter may be brought in any appropriate United States District Court without regard to the amount in controversy." 15 U.S.C. § 1681p.

7. <u>Jurisdiction:</u> This Court has original jurisdiction over Plaintiff's claims under the Fair Credit Reporting Act pursuant to 28 U.S.C. § 1331, and this civil action is one that may be removed to this Court by Experian pursuant to the provisions of 28 U.S.C. § 1441(b), because it is a civil action founded on a claim or right arising under the laws of the United States, namely the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

9. All defendants named in the state court action were served on July 6, 2011. Defendants Provident Funding and Tans Union LLC have joined in this removal as indicated by their Joinders and Consult to Removal attached hereto as Exhibit "B." Experian has been informed that Defendant Equifax, Inc. has been dismissed from the state court action and that the dismissal was filed today. A copy of the dismissal papers will be filed with this Court upon receipt.

WHEREFORE, Defendants pray that the above-described action now pending in the Hassayampa Justice Court, Maricopa County, State of Arizona, be removed therefrom to this Court.

DATED:  July 25, 2011

DESSAULES LAW GROUP

By: /s/ Jonathan A. Dessaules
    Jonathan A. Dessaules
    *Counsel for Defendant Experian Information Solutions, Inc.*

IRI-23479v1
Swenka-USDC Dist of AZ Notice of Removal

3

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2011 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| Douglas A. Toleno, State Bar No. 021617<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Ste. 200<br>San Deigo, CA 92177-0935<br>dtoleno@piteduncan.com<br>*Attorney for Defendants Provident Funding Group* | P. Ryan Langston<br>STRASBURGER & PRICE, LLP<br>2801 Network Blvd., Ste. 600<br>Frisco, TX 75034<br>Ryan.Langston@strasburger.com<br>*Attorneys for Trans Union LLC* |
|---|---|

  /s/ Hilary L. Peters
_____

I hereby certify that on July 25, 2011 I served the attached document by mail on the following, who is not a registered participant of the CM/ECF system:

Scott C. Swenka
13381 West Banff Lane
Surprise, AZ 85379
*Plaintiff, Pro Per*

  /s/ Hilary L. Peters
_____