# EXHIBIT A

1  **SCOTT C SWENKA**
   **13381 WEST BANFF LANE**
2  **SURPRISE, ARIZONA 85379**
   **TELEPHONE: 480-390-3114**
3

4          IN THE MARICOPA COUNTY JUSTICE COURT, STATE OF ARIZONA

5                          HASSAYAMPA JUSTICE COURT

6  **SCOTT C SWENKA**, an individual  ) Case No. CC201131132
             Plaintiff,              )
7       vs.                          )
                                     )
8  **PROVIDENT FUNDING GROUP, INC.** )
   a California Foreign Limited      )
9  Partnership                       ) **CIVIL SUMMONS**
                                     )
10 **TRANS UNION, LLC.**             )
   a Illinois Foreign Limited        )
11 Liability Corporation             )
                                     )
12                                   )
   **EXPERIAN INFORMATION**          )
13 **SOLUTIONS, INC.**               )
   A California Foreign              )
14 Corporation.                      )
                                     )
15 **EQUIFAX, INC.**                 )
   a Georgia Foreign Corporation     )
16                                   )
             DEFENDANTS.             )
17 ----------------------------------)

18 TO THE ABOVE-NAMED DEFENDANTS:

19 You are to appear and file a written answer and the required filing fee in
   the Court named above. You have **20 CALENDAR DAYS** from the date you were
20 served to file your answer. If the 20th day is a Saturday, Sunday or legal
   holiday, the time runs out at the end of the next working day. If you are
21 outside of Arizona, you have 30 days to respond.

22 **IF YOU FAIL TO ANSWER OR DEFEND**, you run the risk of having a judgment
   entered against you for the plaintiff's claims plus court costs. A filing fee
23 must be paid at the time of your answer.

24 THE ADDRESS OF THE COURT IS:

25 14264 WEST TIERRA BUENA LANE
   SURPRISE, ARIZONA 85374-7419
   602-372-2000


   SIGNED AND SEALED THIS DATE:

           July 1, 2011

```
1  SCOTT C SWENKA                                HASSAYAMPA JUSTICE COURT
   13381 WEST BANFF LANE
2  SURPRISE, AZ 85379                            2011 JUL -1  AM 11: 50
   TELEPHONE: 480-390-3114
3
4          IN THE MARICOPA COUNTY JUSTICE COURT, STATE OF ARIZONA
5                         HASSAYAMPA JUSTICE COURT
6
   SCOTT C SWENKA, an individual  ) Case No. CC20111311 32
7          Plaintiff,             )
      vs.                         )
8                                 )
   PROVIDENT FUNDING GROUP, INC.  )
9  a California Foreign Limited   )
   Partnership                    )         COMPLAINT
10                                )
                                  )
   TRANS UNION, LLC.              )
11 a Illinois Foreign Limited     )
   Liability Corporation          )
12                                )
   EXPERIAN INFORMATION           )
13 SOLUTIONS, INC.                )
   a California Foreign           )
14 Corporation.                   )
                                  )
15                                )
   EQUIFAX, INC.                  )
16 a Georgia Foreign Corporation  )
                                  )
17 -------------------------------)
```

## PREAMBLE

PLAINTIFF Scott C. Swenka represented by himself sues the defendants Provident Funding Group Inc, Equifax Inc, Experian Information Solutions, and Trans Union, LLC because all efforts to persuade them to correct multiple inaccurate late payment account information that has been posted in the plaintiffs credit bureau reports despite being provided sufficient evidence that no payment were ever more than 29 days past the due date however reported as being 30 days or more late

Page 1 of 5

to the plaintiffs credit bureaus. These inaccurate entries have now caused the plaintiff irreversible financial and reputational damage of which the plaintiff seeks full and complete recovery under the FDCA and FDCPA acts.

1. Plaintiff, Scott C. Swenka is a resident of the City of Surprise, County of Maricopa, State of Arizona.

2. Defendant, Provident Funding Group, Inc. is located in Burlingame, CA with its registered agent having an office located in Phoenix, AZ.

3. Defendant, Experian Information Solutions, Inc. is located in Costa Mesa, CA with its registered statutory agent having an office located in Phoenix, AZ.

4. Defendant, Trans Union, LLC. is located in Chicago, IL with its registered statutory agent having an office located in Phoenix, AZ.

5. Defendant, Equifax Inc is located in Atlanta, GA with its registered statutory agent having an office located in Phoenix, AZ.

6. This action arises out of inaccurate late payment account information being posted to the plaintiffs credit reports of - Experian, Equifax, and Trans Union. Plaintiff has provided on numerous occasions bank statement proof that payments were not made late to the defendants and yet defendants fail to correct the matter under the Fair Credit Reporting Act.

**STATEMENT OF FACTS AND CAUSES OF ACTION**

7. January 2011 is incorrectly reported as being 30 days late on Experian credit report, though the payment was actually due Jan 1st, 2011, the payment was drawn from the plaintiffs bank account on January 27th, 2011, thus making the payment only 27 days late not the 30 days late as incorrectly reported.

8. February 2011 had been reported incorrectly as being late however has since been correction but took the plaintiff a number of phone calls and letter writing campaigns to get this corrected.

9. March 2011 is incorrectly reported as being 30 days late on Experian and Trans Union credit reports, though the payment was actually due March 1st, 2011, the payment was drawn from the plaintiffs bank account on March 25th, 2011, thus making the payment only 25 days late not the 30 days late as reported.

10. Inaccuracies being reported have caused the plaintiff irreversible financial damage in the form of lower credit scores on previously perfect credit report by approximately 100 score points.

11. Inaccuracies has caused plaintiff to pay a higher interest rates on a recently acquired auto loan which took plaintiff from "Prime Status" to "Non Prime Status", and raised his available rate from about 3.99% to 8.25%.

12. Inaccuracies have also caused plaintiff to not being able to refinance an existing auto loan to which he was denied credit on in March of 2011.

13. Prior to these inaccuracies plaintiff qualified for the best rates possibly as his FICO RISK SCORES were in the mid 700 range, now after these inaccuracies they are in the low 600 ranges.

14. Plaintiff **IS NOT** disputing the late fees being charged to his accounts, just the reporting of inaccurate credit information to the credit bureaus.

15. Defendants willful and negligent actions have caused the plaintiff to suffer irrepressible, costly, financial and reputational damage to which he is entitled to recovery under the FCRA and FDCPA acts.

### SUPPORTING EVIDENCE

16. Plaintiff has provided to the defendants on several occasions printed documentation from his banks and letters showing proof that the payment were never made late as the defendants have reported on his credit reports.

17. Defendants have refused to utilize this information to properly correct the plaintiff's credit reports.

### DAMAGES and INJURIES

Plaintiff, Scott Swenka alleges and incorporates by reference all the facts and allegations in paragraphs 1 through 17 above and further alleges:

18. As a direct and proximate result of the negligence, carelessness and will full acts of the Defendants, the Plaintiff:

a. suffered serious financial damages

b. damage to his reputation and character

c. damage to his credit reports and scores

d. loss of the ability to acquire best interest rates and terms possible.

e. loss of being able to refinance existing auto loans with the best interest rates.

WHEREFORE, this Plaintiff claims damages and seeks full recovery to be in excess of which he is entitled to recovery under the Fair Credit Reporting Act Section 623, subsections 611, 616, 617 and FDCPA Section 805(c), 809(b), FTP Opinion Letter Cass from LeFevre. Plaintiff is also entitled to additional awards that the court sees fit under Fair Credit Reporting Act.

Futhermore claims are supported by US Court of Appeals, Ninth Circuit, No. 00-15946, Nelson vs. Chase Manhattan to which he may recover extent of damages incurred by the wronged party as deemed by the courts

Respectfully submitted,

By: Scott C. Swenka

-----------------------------------------

Scott C. Swenka
Plaintiff Pro Per
13381 West Banff Lane
Surprise, AZ 85379
480-390-3114

Dated July 1st, 2011