# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Scott C. Swenka,        )  | **JUDGMENT IN A CIVIL CASE** |
| )  | |
| Plaintiff,     )  | CV-11-1466-PHX-JAT |
| )  | |
| v.          )  | |
| )  | |
| Provident Funding Group, Inc., et al.,  )  | |
| )  | |
| Defendants.   )  | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 2, 2011, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

                                                     RICHARD H. WEARE  
                                                     District Court Executive/Clerk

October 5, 2011

                                                     s/L. Dixon  
                                                     By: Deputy Clerk

cc: (all counsel)